**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD
KING OF PRUSSIA, PA 19406 United States of America

| | |
|---|---|
| Number | 100481 |
| Check Date | 03/05/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                           777.26
551 W BULL RIVER ROAD
LEHI, UT 84043                                    **NON-NEGOTIABLE**
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 02/27/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 27.00 | 853.70 | 3346.72 |
| Total Deductions | | 76.44 | 267.16 |
| Total Net | | 777.26 | 3079.56 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 22.00 | 34.95 | 768.90 | 3129.18 |
| HOLIDAY - DOUBLETIME | | | | 98.82 |
| REGULAR/BASE PAY | 5.00 | 16.96 | 84.80 | 118.72 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 12.38 | 48.53 |
| SOCIAL SECURITY EMPLOYEE | 52.93 | 207.50 |
| UTAH STATE INCOME TAX | 11.13 | 11.13 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 777.26 |

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD

KING OF PRUSSIA, PA 19406 United States of America

| | |
|---|---|
| Number | 100617 |
| Check Date | 03/19/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                                          484.15

551 W BULL RIVER ROAD

LEHI, UT 84043                                                    **NON-NEGOTIABLE**

US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 03/13/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 15.00 | 524.25 | 3870.97 |
| Total Deductions | | 40.10 | 307.26 |
| Total Net | | 484.15 | 3563.71 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 15.00 | 34.95 | 524.25 | 3653.43 |
| HOLIDAY - DOUBLETIME | | | | 98.82 |
| REGULAR/BASE PAY | | | | 118.72 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 7.60 | 56.13 |
| SOCIAL SECURITY EMPLOYEE | 32.50 | 240.00 |
| UTAH STATE INCOME TAX | | 11.13 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 484.15 |

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD

KING OF PRUSSIA, PA 19406 United States of America

| | |
|---|---|
| Number | 100749 |
| Check Date | 04/02/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                                                                      547.75

551 W BULL RIVER ROAD

LEHI, UT 84043                                                                              **NON-NEGOTIABLE**

US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 03/27/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 18.00 | 593.12 | 4464.09 |
| Total Deductions | | 45.37 | 352.63 |
| Total Net | | 547.75 | 4111.46 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 16.00 | 34.95 | 559.20 | 4212.63 |
| HOLIDAY - DOUBLETIME | | | | 98.82 |
| REGULAR/BASE PAY | 2.00 | 16.96 | 33.92 | 152.64 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 8.60 | 64.73 |
| SOCIAL SECURITY EMPLOYEE | 36.77 | 276.77 |
| UTAH STATE INCOME TAX | | 11.13 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 547.75 |

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD

KING OF PRUSSIA, PA 19406 United States of America

| | |
|---|---|
| Number | 100882 |
| Check Date | 04/16/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                                                                644.15

551 W BULL RIVER ROAD

LEHI, UT 84043                                                                          **NON-NEGOTIABLE**

US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 04/10/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 20.00 | 699.00 | 5163.09 |
| Total Deductions | | 54.85 | 407.48 |
| Total Net | | 644.15 | 4755.61 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 20.00 | 34.95 | 699.00 | 4911.63 |
| HOLIDAY - DOUBLETIME | | | | 98.82 |
| REGULAR/BASE PAY | | | | 152.64 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 10.13 | 74.86 |
| SOCIAL SECURITY EMPLOYEE | 43.34 | 320.11 |
| UTAH STATE INCOME TAX | 1.38 | 12.51 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 644.15 |

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD
KING OF PRUSSIA, PA 19406 United States of America

| | |
|---|---|
| Number | 101013 |
| Check Date | 04/30/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                                      258.20
551 W BULL RIVER ROAD
LEHI, UT 84043                                                **NON-NEGOTIABLE**
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 04/24/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 8.00 | 279.60 | 5442.69 |
| Total Deductions | | 21.40 | 428.88 |
| Total Net | | 258.20 | 5013.81 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 8.00 | 34.95 | 279.60 | 5191.23 |
| HOLIDAY - DOUBLETIME | | | | 98.82 |
| REGULAR/BASE PAY | | | | 152.64 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 4.06 | 78.92 |
| SOCIAL SECURITY EMPLOYEE | 17.34 | 337.45 |
| UTAH STATE INCOME TAX | | 12.51 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 258.20 |

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD
KING OF PRUSSIA, PA 19406 United States of America

| | |
|---|---|
| Number | 101147 |
| Check Date | 05/14/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                                    96.83
551 W BULL RIVER ROAD
LEHI, UT 84043                                          **NON-NEGOTIABLE**
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 05/08/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 3.00 | 104.85 | 5547.54 |
| Total Deductions | | 8.02 | 436.90 |
| Total Net | | 96.83 | 5110.64 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 3.00 | 34.95 | 104.85 | 5296.08 |
| HOLIDAY - DOUBLETIME | | | | 98.82 |
| REGULAR/BASE PAY | | | | 152.64 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 1.52 | 80.44 |
| SOCIAL SECURITY EMPLOYEE | 6.50 | 343.95 |
| UTAH STATE INCOME TAX | | 12.51 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 96.83 |

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD

KING OF PRUSSIA, PA 19406 United States of America

| Number | 101278 |
|---|---|
| Check Date | 05/28/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                              596.64

551 W BULL RIVER ROAD

LEHI, UT 84043                                        **NON-NEGOTIABLE**

US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 05/22/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 19.00 | 646.06 | 6193.60 |
| Total Deductions | | 49.42 | 486.32 |
| Total Net | | 596.64 | 5707.28 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 18.00 | 34.95 | 629.10 | 5925.18 |
| HOLIDAY - DOUBLETIME | | | | 98.82 |
| REGULAR/BASE PAY | 1.00 | 16.96 | 16.96 | 169.60 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 9.37 | 89.81 |
| SOCIAL SECURITY EMPLOYEE | 40.05 | 384.00 |
| UTAH STATE INCOME TAX | | 12.51 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 596.64 |

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD

KING OF PRUSSIA, PA 19406 United States of America

| Number | 101412 |
|---|---|
| Check Date | 06/11/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                                        613.25

551 W BULL RIVER ROAD

LEHI, UT 84043                                          **NON-NEGOTIABLE**

US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 06/05/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 17.00 | 664.05 | 6857.65 |
| Total Deductions | | 50.80 | 537.12 |
| Total Net | | 613.25 | 6320.53 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 15.00 | 34.95 | 524.25 | 6449.43 |
| HOLIDAY - DOUBLETIME | 2.00 | 34.95 | 139.80 | 238.62 |
| REGULAR/BASE PAY | | | | 169.60 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 9.63 | 99.44 |
| SOCIAL SECURITY EMPLOYEE | 41.17 | 425.17 |
| UTAH STATE INCOME TAX | | 12.51 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 613.25 |

### UNIVERSAL HEALTH SERVICES INC

367 SOUTH GULPH ROAD
KING OF PRUSSIA, PA 19406 United States of America

| Number | 101537 |
|---|---|
| Check Date | 06/25/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

### Pay to the order of

LEANNE W. TOLLEY          764.44
551 W BULL RIVER ROAD
LEHI, UT 84043         **NON-NEGOTIABLE**
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 06/19/2010 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 24.00 | 838.80 | 7696.45 |
| Total Deductions | | 74.36 | 611.48 |
| Total Net | | 764.44 | 7084.97 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 24.00 | 34.95 | 838.80 | 7288.23 |
| HOLIDAY - DOUBLETIME | | | | 238.62 |
| REGULAR/BASE PAY | | | | 169.60 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 12.16 | 111.60 |
| SOCIAL SECURITY EMPLOYEE | 52.01 | 477.18 |
| UTAH STATE INCOME TAX | 10.19 | 22.70 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 764.44 |

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD

KING OF PRUSSIA, PA 19406 United States of America

| Number | 101659 |
| Check Date | 07/09/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                                    794.52

551 W BULL RIVER ROAD

LEHI, UT 84043                                              **NON-NEGOTIABLE**

US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|---------------|-----------------|---------------|------------|------------|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 07/03/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 25.00 | 873.75 | 8570.20 |
| Total Deductions | | 79.23 | 690.71 |
| Total Net | | 794.52 | 7879.49 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| ALTERNATE RATE OF PAY | 25.00 | 34.95 | 873.75 | 8161.98 |
| HOLIDAY - DOUBLETIME | | | | 238.62 |
| REGULAR/BASE PAY | | | | 169.60 |

**Deductions**

| Description | Current | Year to Date |
|-------------|---------|--------------|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 12.67 | 124.27 |
| SOCIAL SECURITY EMPLOYEE | 54.17 | 531.35 |
| UTAH STATE INCOME TAX | 12.39 | 35.09 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---------|---------|-------------|--------|
| 124000737 | 620211987 | KEYBANK | 794.52 |

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD

KING OF PRUSSIA, PA 19406 United States of America

| | |
|---|---|
| Number | 101786 |
| Check Date | 07/23/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                                                   451.87

551 W BULL RIVER ROAD

LEHI, UT 84043                                                                **NON-NEGOTIABLE**

US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 07/17/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 14.00 | 489.30 | 9059.50 |
| Total Deductions | | 37.43 | 728.14 |
| Total Net | | 451.87 | 8331.36 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 14.00 | 34.95 | 489.30 | 8651.28 |
| HOLIDAY - DOUBLETIME | | | | 238.62 |
| REGULAR/BASE PAY | | | | 169.60 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 7.09 | 131.36 |
| SOCIAL SECURITY EMPLOYEE | 30.34 | 561.69 |
| UTAH STATE INCOME TAX | | 35.09 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 451.87 |

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD

KING OF PRUSSIA, PA 19406 United States of America

| | |
|---|---|
| Number | 101907 |
| Check Date | 08/06/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                                                 644.14

551 W BULL RIVER ROAD

LEHI, UT 84043                                                         **NON-NEGOTIABLE**

US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 07/31/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 20.00 | 699.00 | 9758.50 |
| Total Deductions | | 54.86 | 783.00 |
| Total Net | | 644.14 | 8975.50 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 20.00 | 34.95 | 699.00 | 9350.28 |
| HOLIDAY - DOUBLETIME | | | | 238.62 |
| REGULAR/BASE PAY | | | | 169.60 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 10.14 | 141.50 |
| SOCIAL SECURITY EMPLOYEE | 43.34 | 605.03 |
| UTAH STATE INCOME TAX | 1.38 | 36.47 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 644.14 |

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

**Check:**

**Pay Date:**    08/05/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay**    $1,042.07

Direct Deposit

---

**HOWARD  TOLLEY**        SSN :
551 West Bull River Road
Lehi, UT 84043

**Check:**

**Status/Allow/Extra (Fed):**  Married/3/0
**Status/Allow/Extra (State):**  Married/3/0

**Pay Period:**  07/16/2010 - 07/31/2010    **Pay Date:**  08/05/2010

**Memo:**  Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 112 | -65.38 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $714.00 |
| **Total** | **$50.00** | **$714.00** |

| Direct Deposit | | Current |
|---|---|---|
| Checking - *****1987 | | $1,042.07 |
| **Total** | | **$1,042.07** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 72 | $1,022.72 | $16,098.47 |
| Paid Holiday-Sala | | 8 | $113.64 | $1,026.53 |
| Personal Time O | | 8 | $113.64 | $1,625.00 |
| Staff Bonuses | | | | $1,650.00 |
| **Total** | | | **$1,250.00** | **$20,400.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$892.50 |
| **Total** | **-$62.50** | **-$892.50** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$252.00 |
| Social Security Employee | -$77.50 | -$1,264.80 |
| Medicare Employee | -$18.12 | -$295.80 |
| UT - Withholding | -$33.81 | -$515.03 |
| **Total** | **-$145.43** | **-$2,327.63** |

| After-Tax Adjustments | Current | YTD |
|---|---|---|
| Loans from SHM | | -$10.00 |
| **Total** | | **-$10.00** |

| Net Pay | $1,042.07 | $17,169.87 |
|---|---|---|

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

**Check:**

**Pay Date:** 07/22/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay** $1,042.06

Direct Deposit

---

HOWARD TOLLEY          SSN :
551 West Bull River Road
Lehi, UT 84043

                       Check:

**Status/Allow/Extra (Fed):** Married/3/0
**Status/Allow/Extra (State):** Married/3/0

**Pay Period:** 07/01/2010 - 07/15/2010   **Pay Date:** 07/22/2010

**Memo:** Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 104 | -60.72 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $664.00 |
| **Total** | **$50.00** | **$664.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,042.06 |
| **Total** | **$1,042.06** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 80 | $1,136.36 | $15,075.75 |
| Paid Holiday-Sala | | 8 | $113.64 | $912.89 |
| Staff Bonuses | | | | $1,650.00 |
| Personal Time O | | | | $1,511.36 |
| **Total** | | | **$1,250.00** | **$19,150.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$830.00 |
| **Total** | **-$62.50** | **-$830.00** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$236.00 |
| Social Security Employee | -$77.50 | -$1,187.30 |
| Medicare Employee | -$18.13 | -$277.68 |
| UT - Withholding | -$33.81 | -$481.22 |
| **Total** | **-$145.44** | **-$2,182.20** |

| After-Tax Adjustments | Current | YTD |
|---|---|---|
| Loans from SHM | | -$10.00 |
| **Total** | | **-$10.00** |

| Net Pay | $1,042.06 | $16,127.80 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

**Check:**

**Pay Date:** 07/13/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay** $152.86

Direct Deposit

---

HOWARD TOLLEY          SSN :
551 West Bull River Road
Lehi, UT 84043

Check:

**Status/Allow/Extra (Fed):** Married/3/0
**Status/Allow/Extra (State):** Married/3/0

**Pay Period:** 06/30/2010 - 06/30/2010     **Pay Date:** 07/13/2010

**Memo:** Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 104 | -62.05 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $7.00 | $614.00 |
| **Total** | **$7.00** | **$614.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $152.86 |
| **Total** | **$152.86** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Staff Bonuses | 25.00 | 7 | $175.00 | $1,650.00 |
| Salary | | | | $13,939.39 |
| Paid Holiday-Sala | | | | $799.25 |
| Personal Time O | | | | $1,511.36 |
| **Total** | | | **$175.00** | **$17,900.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$8.75 | -$767.50 |
| **Total** | **-$8.75** | **-$767.50** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | | -$220.00 |
| Social Security Employee | -$10.85 | -$1,109.80 |
| Medicare Employee | -$2.54 | -$259.55 |
| UT - Withholding | | -$447.41 |
| **Total** | **-$13.39** | **-$2,036.76** |

| After-Tax Adjustments | Current | YTD |
|---|---|---|
| Loans from SHM | | -$10.00 |
| **Total** | | **-$10.00** |

| Net Pay | $152.86 | $15,085.74 |
|---|---|---|

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

**Check:**

**Pay Date:**    07/07/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay**    $1,042.07

Direct Deposit

---

**HOWARD TOLLEY**                              SSN :
551 West Bull River Road
Lehi, UT 84043

                                               Check:

**Status/Allow/Extra (Fed):**  Married/3/0
**Status/Allow/Extra (State):**  Married/3/0

**Pay Period:**  06/16/2010 - 06/30/2010    **Pay Date:**  07/07/2010

**Memo:**  Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $607.00 |
| **Total** | **$50.00** | **$607.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,042.07 |
| **Total** | **$1,042.07** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 88 | $1,250.00 | $13,939.39 |
| Paid Holiday-Sala | | | | $799.25 |
| Staff Bonuses | | | | $1,475.00 |
| Personal Time O | | | | $1,511.36 |
| **Total** | | | **$1,250.00** | **$17,725.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$758.75 |
| **Total** | **-$62.50** | **-$758.75** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$220.00 |
| Social Security Employee | -$77.50 | -$1,098.95 |
| Medicare Employee | -$18.12 | -$257.01 |
| UT - Withholding | -$33.81 | -$447.41 |
| **Total** | **-$145.43** | **-$2,023.37** |

| After-Tax Adjustments | Current | YTD |
|---|---|---|
| Loans from SHM | | -$10.00 |
| **Total** | | **-$10.00** |

| Net Pay | $1,042.07 | $14,932.88 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

Check:

**Pay Date:**    06/22/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay**    $1,032.06

Direct Deposit

---

**HOWARD  TOLLEY**
551 West Bull River Road
Lehi, UT 84043

SSN :

Check:

**Status/Allow/Extra (Fed):**  Married/3/0
**Status/Allow/Extra (State):**  Married/3/0

**Pay Period:**  06/01/2010 - 06/15/2010    **Pay Date:**  06/22/2010

**Memo:**  Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $557.00 |
| **Total** | **$50.00** | **$557.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,032.06 |
| **Total** | **$1,032.06** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 88 | $1,250.00 | $12,689.39 |
| Paid Holiday-Sala | | | | $799.25 |
| Staff Bonuses | | | | $1,475.00 |
| Personal Time O | | | | $1,511.36 |
| **Total** | | | **$1,250.00** | **$16,475.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$696.25 |
| **Total** | **-$62.50** | **-$696.25** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$204.00 |
| Social Security Employee | -$77.50 | -$1,021.45 |
| Medicare Employee | -$18.13 | -$238.89 |
| UT - Withholding | -$33.81 | -$413.60 |
| **Total** | **-$145.44** | **-$1,877.94** |

| After-Tax Adjustments | Current | YTD |
|---|---|---|
| Loans from SHM | -$10.00 | -$10.00 |
| **Total** | **-$10.00** | **-$10.00** |

| Net Pay | $1,032.06 | $13,890.81 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

Security Home Mortgage LLC
576 South State St
Orem, UT 84058

**Check:**

**Pay Date:**    06/15/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay**    $174.70

Direct Deposit

---

| HOWARD TOLLEY | | SSN : |
| 551 West Bull River Road | | |
| Lehi, UT 84043 | | |
| | | **Check:** |
| **Status/Allow/Extra (Fed):** Married/3/0 | | |
| **Status/Allow/Extra (State):** Married/3/0 | | |
| **Pay Period:** 05/31/2010 - 05/31/2010 | **Pay Date:** 06/15/2010 |
| **Memo:** Direct Deposit | | |

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 104 | -68.72 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $8.00 | $507.00 |
| **Total** | **$8.00** | **$507.00** |

| Direct Deposit | | Current |
|---|---|---|
| Checking - *****1987 | | $174.70 |
| **Total** | | **$174.70** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Staff Bonuses | 25.00 | 8 | $200.00 | $1,475.00 |
| Salary | | | | $11,439.39 |
| Paid Holiday-Sal: | | | | $799.25 |
| Personal Time O | | | | $1,511.36 |
| **Total** | | | **$200.00** | **$15,225.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$10.00 | -$633.75 |
| **Total** | **-$10.00** | **-$633.75** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | | -$188.00 |
| Social Security Employee | -$12.40 | -$943.95 |
| Medicare Employee | -$2.90 | -$220.76 |
| UT - Withholding | | -$379.79 |
| **Total** | **-$15.30** | **-$1,732.50** |

| Net Pay | | $174.70 | $12,858.75 |
|---|---|---|---|

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

Check:

**Pay Date:** 06/04/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay** $1,042.07

Direct Deposit

| HOWARD TOLLEY | |
|---|---|
| 551 West Bull River Road | SSN : |
| Lehi, UT 84043 | |
| | **Check:** |
| **Status/Allow/Extra (Fed):** Married/3/0 | |
| **Status/Allow/Extra (State):** Married/3/0 | |
| **Pay Period:** 05/16/2010 - 05/31/2010 | **Pay Date:** 06/04/2010 |
| **Memo:** Direct Deposit | |

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $499.00 |
| **Total** | **$50.00** | **$499.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,042.07 |
| **Total** | **$1,042.07** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 80 | $1,136.36 | $11,439.39 |
| Paid Holiday-Sal | | 8 | $113.64 | $799.25 |
| Staff Bonuses | | | | $1,275.00 |
| Personal Time O | | | | $1,511.36 |
| **Total** | | | **$1,250.00** | **$15,025.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$623.75 |
| **Total** | **-$62.50** | **-$623.75** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$188.00 |
| Social Security Employee | -$77.50 | -$931.55 |
| Medicare Employee | -$18.12 | -$217.86 |
| UT - Withholding | -$33.81 | -$379.79 |
| **Total** | **-$145.43** | **-$1,717.20** |

| Net Pay | $1,042.07 | $12,684.05 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

**Check:**

**Pay Date:**    05/21/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay**    $1,042.06

Direct Deposit

---

**HOWARD  TOLLEY**
551 West Bull River Road
Lehi, UT 84043

SSN :

**Check:**

**Status/Allow/Extra (Fed):** Married/3/0
**Status/Allow/Extra (State):** Married/3/0

**Pay Period:** 05/01/2010 - 05/15/2010    **Pay Date:** 05/21/2010

**Memo:** Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $449.00 |
| **Total** | **$50.00** | **$449.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,042.06 |
| **Total** | **$1,042.06** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 56 | $875.00 | $10,303.03 |
| Personal Time O | | 24 | $375.00 | $1,511.36 |
| Paid Holiday-Sala | | | | $685.61 |
| Staff Bonuses | | | | $1,275.00 |
| **Total** | | | **$1,250.00** | **$13,775.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$561.25 |
| **Total** | **-$62.50** | **-$561.25** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$172.00 |
| Social Security Employee | -$77.50 | -$854.05 |
| Medicare Employee | -$18.13 | -$199.74 |
| UT - Withholding | -$33.81 | -$345.98 |
| **Total** | **-$145.44** | **-$1,571.77** |

| Net Pay | Current | YTD |
|---|---|---|
| | **$1,042.06** | **$11,641.98** |

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

Check:

**Pay Date:** 05/13/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay** $393.08

Direct Deposit

---

| HOWARD TOLLEY | | |
|---|---|---|
| 551 West Bull River Road | SSN : | |
| Lehi, UT 84043 | | |
| | **Check:** | |
| **Status/Allow/Extra (Fed):** Married/3/0 | | |
| **Status/Allow/Extra (State):** Married/3/0 | | |
| **Pay Period:** 04/30/2010 - 04/30/2010 | **Pay Date:** 05/13/2010 | |
| **Memo:** Direct Deposit | | |

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 80 | -49.37 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $18.00 | $399.00 |
| **Total** | **$18.00** | **$399.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $393.08 |
| **Total** | **$393.08** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Staff Bonuses | 25.00 | 18 | $450.00 | $1,275.00 |
| Salary | | | | $9,428.03 |
| Paid Holiday-Sal | | | | $685.61 |
| Personal Time O | | | | $1,136.36 |
| **Total** | | | **$450.00** | **$12,525.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$22.50 | -$498.75 |
| **Total** | **-$22.50** | **-$498.75** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | | -$156.00 |
| Social Security Employee | -$27.90 | -$776.55 |
| Medicare Employee | -$6.52 | -$181.61 |
| UT - Withholding | | -$312.17 |
| **Total** | **-$34.42** | **-$1,426.33** |

| Net Pay | $393.08 | $10,599.92 |
|---|---|---|

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

**Check:**

**Pay Date:** 05/06/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay** $1,042.06

Direct Deposit

---

**HOWARD  TOLLEY**          SSN :
551 West Bull River Road
Lehi, UT 84043

**Check:**

**Status/Allow/Extra (Fed):** Married/3/0
**Status/Allow/Extra (State):** Married/3/0

**Pay Period:** 04/16/2010 - 04/30/2010     **Pay Date:** 05/06/2010

**Memo:** Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $381.00 |
| **Total** | **$50.00** | **$381.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,042.06 |
| **Total** | **$1,042.06** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 8 | $113.64 | $9,428.03 |
| Personal Time O | | 80 | $1,136.36 | $1,136.36 |
| Paid Holiday-Sala | | | | $685.61 |
| Staff Bonuses | | | | $825.00 |
| **Total** | | | **$1,250.00** | **$12,075.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$476.25 |
| **Total** | **-$62.50** | **-$476.25** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$156.00 |
| Social Security Employee | -$77.50 | -$748.65 |
| Medicare Employee | -$18.13 | -$175.09 |
| UT - Withholding | -$33.81 | -$312.17 |
| **Total** | **-$145.44** | **-$1,391.91** |

| Net Pay | $1,042.06 | $10,206.84 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

**Check:** 2518

**Pay Date:** 04/22/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay** $1,042.07

Direct Deposit

---

HOWARD TOLLEY
551 West Bull River Road
Lehi, UT 84043

SSN :

**Check:** 2518

**Status/Allow/Extra (Fed):** Married/3/0
**Status/Allow/Extra (State):** Married/3/0

**Pay Period:** 04/01/2010 - 04/15/2010   **Pay Date:** 04/22/2010

**Memo:** Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $331.00 |
| **Total** | **$50.00** | **$331.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,042.07 |
| **Total** | **$1,042.07** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 88 | $1,250.00 | $9,314.39 |
| Paid Holiday-Sala | | | | $685.61 |
| Staff Bonuses | | | | $825.00 |
| **Total** | | | **$1,250.00** | **$10,825.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$413.75 |
| **Total** | **-$62.50** | **-$413.75** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$140.00 |
| Social Security Employee | -$77.50 | -$671.15 |
| Medicare Employee | -$18.12 | -$156.96 |
| UT - Withholding | -$33.81 | -$278.36 |
| **Total** | **-$145.43** | **-$1,246.47** |

| Net Pay | $1,042.07 | $9,164.78 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

Check: 2505

**Pay Date:** 04/15/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay** $305.72

Direct Deposit

---

| HOWARD TOLLEY | SSN : |
| --- | --- |

551 West Bull River Road
Lehi, UT 84043

**Check:** 2505

**Status/Allow/Extra (Fed):** Married/3/0
**Status/Allow/Extra (State):** Married/3/0

**Pay Period:** 03/31/2010 - 03/31/2010    **Pay Date:** 04/15/2010

**Memo:** Direct Deposit

| Paid Time Off | Used | Available |
| --- | --- | --- |
| Personal Time | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
| --- | --- | --- |
| 401k Co. Match | $14.00 | $281.00 |
| **Total** | **$14.00** | **$281.00** |

| Direct Deposit | | Current |
| --- | --- | --- |
| Checking - *****1987 | | $305.72 |
| **Total** | | **$305.72** |

| Taxable Earnings | Rate | Current | YTD |
| --- | --- | --- | --- |
| Staff Bonuses | 25.00 | $350.00 | $825.00 |
| Salary | | | $8,064.39 |
| Paid Holiday-Salary | | | $685.61 |
| **Total** | | **$350.00** | **$9,575.00** |

| Pre-Tax Deductions | Current | YTD |
| --- | --- | --- |
| 401k Emp. | -$17.50 | -$351.25 |
| **Total** | **-$17.50** | **-$351.25** |

| Taxes | Current | YTD |
| --- | --- | --- |
| Federal Withholding | | -$124.00 |
| Social Security Employee | -$21.70 | -$593.65 |
| Medicare Employee | -$5.08 | -$138.84 |
| UT - Withholding | | -$244.55 |
| **Total** | **-$26.78** | **-$1,101.04** |

| Net Pay | $305.72 | $8,122.71 |
| --- | --- | --- |

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

Check: 2493

**Pay Date:** 04/05/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay** $1,042.07

Direct Deposit

---

HOWARD  TOLLEY                                  SSN :
551 West Bull River Road
Lehi, UT 84043

Check: 2493

**Status/Allow/Extra (Fed):** Married/3/0
**Status/Allow/Extra (State):** Married/3/0

**Pay Period:** 03/16/2010 - 03/31/2010     **Pay Date:** 04/05/2010

**Memo:** Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $267.00 |
| **Total** | **$50.00** | **$267.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,042.07 |
| **Total** | **$1,042.07** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 96 | $1,250.00 | $8,064.39 |
| Paid Holiday-Sala | | | | $685.61 |
| Staff Bonuses | | | | $475.00 |
| **Total** | | | **$1,250.00** | **$9,225.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$333.75 |
| **Total** | **-$62.50** | **-$333.75** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$124.00 |
| Social Security Employee | -$77.50 | -$571.95 |
| Medicare Employee | -$18.12 | -$133.76 |
| UT - Withholding | -$33.81 | -$244.55 |
| **Total** | **-$145.43** | **-$1,074.26** |

| Net Pay | $1,042.07 | $7,816.99 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

**Check:** 2257

**Pay Date:** 03/19/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay** $1,042.06

Direct Deposit

---

HOWARD TOLLEY
551 West Bull River Road
Lehi, UT 84043

**SSN :**

**Check:** 2257

**Status/Allow/Extra (Fed):** Married/3/0
**Status/Allow/Extra (State):** Married/3/0

**Pay Period:** 03/01/2010 - 03/15/2010  **Pay Date:** 03/19/2010

**Memo:** Direct Deposit

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 88 | $1,250.00 | $6,814.39 |
| Paid Holiday-Sala | | | | $685.61 |
| Staff Bonuses | | | | $475.00 |
| **Total** | | | **$1,250.00** | **$7,975.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$271.25 |
| **Total** | **-$62.50** | **-$271.25** |

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$108.00 |
| Social Security Employee | -$77.50 | -$494.45 |
| Medicare Employee | -$18.13 | -$115.64 |
| UT - Withholding | -$33.81 | -$210.74 |
| **Total** | **-$145.44** | **-$928.83** |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $217.00 |
| **Total** | **$50.00** | **$217.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,042.06 |
| **Total** | **$1,042.06** |

| Net Pay | $1,042.06 | $6,774.92 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

**Check:** 2244

**Pay Date:** 03/15/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay** $131.03

Direct Deposit

---

**HOWARD  TOLLEY**                SSN :
551 West Bull River Road
Lehi, UT 84043

**Check:** 2244

**Status/Allow/Extra (Fed):** Married/3/0
**Status/Allow/Extra (State):** Married/3/0

**Pay Period:** 02/28/2010 - 02/28/2010      **Pay Date:** 03/15/2010

**Memo:** Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $6.00 | $167.00 |
| **Total** | **$6.00** | **$167.00** |

| Direct Deposit | | Current |
|---|---|---|
| Checking - *****1987 | | $131.03 |
| **Total** | | **$131.03** |

| Taxable Earnings | Rate | Current | YTD |
|---|---|---|---|
| Staff Bonuses | 25.00 | $150.00 | $475.00 |
| Salary | | | $5,564.39 |
| Paid Holiday-Salary | | | $685.61 |
| **Total** | | **$150.00** | **$6,725.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$7.50 | -$208.75 |
| **Total** | **-$7.50** | **-$208.75** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | | -$92.00 |
| Social Security Employee | -$9.30 | -$416.95 |
| Medicare Employee | -$2.17 | -$97.51 |
| UT - Withholding | | -$176.93 |
| **Total** | **-$11.47** | **-$783.39** |

| Net Pay | $131.03 | $5,732.86 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

Check: 2238

Pay Date: 03/05/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

Net Pay    $1,042.06

Direct Deposit

---

| HOWARD  TOLLEY | | | SSN : | | |
| 551 West Bull River Road | | | | | |
| Lehi, UT 84043 | | | | | |
| | | | Check: | | 2238 |
| **Status/Allow/Extra (Fed):** Married/3/0 | | | | | |
| **Status/Allow/Extra (State):** Married/3/0 | | | | | |
| **Pay Period:** 02/16/2010 - 02/28/2010 | | | **Pay Date:** 03/05/2010 | | |
| **Memo:** Direct Deposit | | | | | |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 72 | $1,125.00 | $5,564.39 |
| Paid Holiday-Sala | | 8 | $125.00 | $685.61 |
| Staff Bonuses | | | | $325.00 |
| **Total** | | | **$1,250.00** | **$6,575.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$201.25 |
| **Total** | **-$62.50** | **-$201.25** |

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$92.00 |
| Social Security Employee | -$77.50 | -$407.65 |
| Medicare Employee | -$18.13 | -$95.34 |
| UT - Withholding | -$33.81 | -$176.93 |
| **Total** | **-$145.44** | **-$771.92** |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $161.00 |
| **Total** | **$50.00** | **$161.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,042.06 |
| **Total** | **$1,042.06** |

| Net Pay | $1,042.06 | $5,601.83 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

**Check:**

**Pay Date:**      08/13/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay**      $196.54

Direct Deposit

---

**HOWARD  TOLLEY**                              SSN :
551 West Bull River Road
Lehi, UT 84043

                                                Check:

**Status/Allow/Extra (Fed):**  Married/3/0
**Status/Allow/Extra (State):**  Married/3/0

**Pay Period:**  07/31/2010 - 07/31/2010      **Pay Date:**  08/13/2010

**Memo:**  Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 112 | -65.38 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $9.00 | $723.00 |
| **Total** | **$9.00** | **$723.00** |

| Direct Deposit | | Current |
|---|---|---|
| Checking - *****1987 | | $196.54 |
| **Total** | | **$196.54** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Staff Bonuses | 25.00 | 9 | $225.00 | $1,875.00 |
| Salary | | | | $16,098.47 |
| Paid Holiday-Sal | | | | $1,026.53 |
| Personal Time O | | | | $1,625.00 |
| **Total** | | | **$225.00** | **$20,625.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$11.25 | -$903.75 |
| **Total** | **-$11.25** | **-$903.75** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | | -$252.00 |
| Social Security Employee | -$13.95 | -$1,278.75 |
| Medicare Employee | -$3.26 | -$299.06 |
| UT - Withholding | | -$515.03 |
| **Total** | **-$17.21** | **-$2,344.84** |

| After-Tax Adjustments | Current | YTD |
|---|---|---|
| Loans from SHM | | -$10.00 |
| **Total** | | **-$10.00** |

| | | | |
|---|---|---|---|
| **Net Pay** | | **$196.54** | **$17,366.41** |

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD
KING OF PRUSSIA, PA 19406 United States of America

| | |
|---|---|
| Number | 102027 |
| Check Date | 08/20/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                                            674.22
551 W BULL RIVER ROAD
LEHI, UT 84043                                                    **NON-NEGOTIABLE**
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 08/14/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 21.00 | 733.95 | 10492.45 |
| Total Deductions | | 59.73 | 842.73 |
| Total Net | | 674.22 | 9649.72 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 21.00 | 34.95 | 733.95 | 10084.23 |
| HOLIDAY - DOUBLETIME | | | | 238.62 |
| REGULAR/BASE PAY | | | | 169.60 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 10.64 | 152.14 |
| SOCIAL SECURITY EMPLOYEE | 45.50 | 650.53 |
| UTAH STATE INCOME TAX | 3.59 | 40.06 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 674.22 |

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD
KING OF PRUSSIA, PA 19406 United States of America

| | |
|---|---|
| Number | 102143 |
| Check Date | 09/03/2010 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                                   658.74
551 W BULL RIVER ROAD
LEHI, UT 84043                                          **NON-NEGOTIABLE**
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 08/28/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 21.00 | 715.96 | 11208.41 |
| Total Deductions | | 57.22 | 899.95 |
| Total Net | | 658.74 | 10308.46 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| ALTERNATE RATE OF PAY | 20.00 | 34.95 | 699.00 | 10783.23 |
| HOLIDAY - DOUBLETIME | | | | 238.62 |
| REGULAR/BASE PAY | 1.00 | 16.96 | 16.96 | 186.56 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 10.38 | 162.52 |
| SOCIAL SECURITY EMPLOYEE | 44.39 | 694.92 |
| UTAH STATE INCOME TAX | 2.45 | 42.51 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| 124000737 | 620211987 | KEYBANK | 658.74 |

**UNIVERSAL HEALTH SERVICES INC**

367 SOUTH GULPH ROAD                                           Number        102260
KING OF PRUSSIA, PA 19406 United States of America            Check Date    09/17/2010

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**

LEANNE W. TOLLEY                                                            704.29
551 W BULL RIVER ROAD
LEHI, UT 84043                                                **NON-NEGOTIABLE**
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|---------------|-----------------|---------------|------------|------------|
| LEANNE W. TOLLEY | 6842 | 67134 | 297 | 8060 | 09/11/2010 |

**Summary**

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 19.00 | 768.90 | 11977.31 |
| Total Deductions | | 64.61 | 964.56 |
| Total Net | | 704.29 | 11012.75 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| ALTERNATE RATE OF PAY | 16.00 | 34.95 | 559.20 | 11342.43 |
| HOLIDAY - DOUBLETIME | 3.00 | 34.95 | 209.70 | 448.32 |
| REGULAR/BASE PAY | | | | 186.56 |

**Deductions**

| Description | Current | Year to Date |
|-------------|---------|--------------|
| FEDERAL INCOME TAX WITHHELD | | |
| MEDICARE EMPLOYEE | 11.15 | 173.67 |
| SOCIAL SECURITY EMPLOYEE | 47.67 | 742.59 |
| UTAH STATE INCOME TAX | 5.79 | 48.30 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---------|---------|-------------|--------|
| 124000737 | 620211987 | KEYBANK | 704.29 |

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

**Check:**

**Pay Date:**     08/13/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay**     $196.54

Direct Deposit

---

| HOWARD  TOLLEY |
| --- |
| 551 West Bull River Road |
| Lehi, UT 84043 |

SSN :

**Check:**

**Status/Allow/Extra (Fed):**  Married/3/0
**Status/Allow/Extra (State):**  Married/3/0

**Pay Period:**  07/31/2010 - 07/31/2010     **Pay Date:**  08/13/2010

**Memo:**  Direct Deposit

| Paid Time Off | Used | Available |
| --- | --- | --- |
| Personal Time | 112 | -65.38 |

| Non-Taxable Company Items | Current | YTD |
| --- | --- | --- |
| 401k Co. Match | $9.00 | $723.00 |
| **Total** | **$9.00** | **$723.00** |

| Direct Deposit | | Current |
| --- | --- | --- |
| Checking - *****1987 | | $196.54 |
| **Total** | | **$196.54** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
| --- | --- | --- | --- | --- |
| Staff Bonuses | 25.00 | 9 | $225.00 | $1,875.00 |
| Salary | | | | $16,098.47 |
| Paid Holiday-Sala | | | | $1,026.53 |
| Personal Time O | | | | $1,625.00 |
| **Total** | | | **$225.00** | **$20,625.00** |

| Pre-Tax Deductions | Current | YTD |
| --- | --- | --- |
| 401k Emp. | -$11.25 | -$903.75 |
| **Total** | **-$11.25** | **-$903.75** |

| Taxes | Current | YTD |
| --- | --- | --- |
| Federal Withholding | | -$252.00 |
| Social Security Employee | -$13.95 | -$1,278.75 |
| Medicare Employee | -$3.26 | -$299.06 |
| UT - Withholding | | -$515.03 |
| **Total** | **-$17.21** | **-$2,344.84** |

| After-Tax Adjustments | Current | YTD |
| --- | --- | --- |
| Loans from SHM | | -$10.00 |
| **Total** | | **-$10.00** |

| Net Pay | $196.54 | $17,366.41 |
| --- | --- | --- |

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

Check:

**Pay Date:** 08/20/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay** $1,042.06

Direct Deposit

---

HOWARD  TOLLEY           SSN :
551 West Bull River Road
Lehi, UT 84043

Check:

**Status/Allow/Extra (Fed):** Married/3/0
**Status/Allow/Extra (State):** Married/3/0

**Pay Period:** 08/01/2010 - 08/15/2010      **Pay Date:** 08/20/2010

**Memo:** Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $773.00 |
| **Total** | **$50.00** | **$773.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,042.06 |
| **Total** | **$1,042.06** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 80:00 | $1,250.00 | $17,348.47 |
| Paid Holiday-Sala | | | | $1,026.53 |
| Staff Bonuses | | | | $1,875.00 |
| Personal Time O | | | | $1,625.00 |
| **Total** | | | **$1,250.00** | **$21,875.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$966.25 |
| **Total** | **-$62.50** | **-$966.25** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$268.00 |
| Social Security Employee | -$77.50 | -$1,356.25 |
| Medicare Employee | -$18.13 | -$317.19 |
| UT - Withholding | -$33.81 | -$548.84 |
| **Total** | **-$145.44** | **-$2,490.28** |

| After-Tax Adjustments | Current | YTD |
|---|---|---|
| Loans from SHM | | -$10.00 |
| **Total** | | **-$10.00** |

| Net Pay | $1,042.06 | $18,408.47 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

**Check:**

**Pay Date:** 09/03/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay** $1,042.07

Direct Deposit

---

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**SSN :**

**Check:**

**Status/Allow/Extra (Fed):** Married/3/0
**Status/Allow/Extra (State):** Married/3/0

**Pay Period:** 08/16/2010 - 08/31/2010   **Pay Date:** 09/03/2010

**Memo:** Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $823.00 |
| **Total** | **$50.00** | **$823.00** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,042.07 |
| **Total** | **$1,042.07** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 96:00 | $1,250.00 | $18,598.47 |
| Paid Holiday-Sala | | | | $1,026.53 |
| Staff Bonuses | | | | $1,875.00 |
| Personal Time O | | | | $1,625.00 |
| **Total** | | | **$1,250.00** | **$23,125.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$1,028.75 |
| **Total** | **-$62.50** | **-$1,028.75** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$284.00 |
| Social Security Employee | -$77.50 | -$1,433.75 |
| Medicare Employee | -$18.12 | -$335.31 |
| UT - Withholding | -$33.81 | -$582.65 |
| **Total** | **-$145.43** | **-$2,635.71** |

| After-Tax Adjustments | Current | YTD |
|---|---|---|
| Loans from SHM | | -$10.00 |
| **Total** | | **-$10.00** |

| Net Pay | $1,042.07 | $19,450.54 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

Check:

**Pay Date:**    09/15/2010

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

**Net Pay**    $592.93

Direct Deposit

---

**HOWARD  TOLLEY**
551 West Bull River Road
Lehi, UT 84043

SSN :

Check:

**Status/Allow/Extra (Fed):**  Married/3/0
**Status/Allow/Extra (State):**  Married/3/0

**Pay Period:**  08/31/2010 - 08/31/2010    **Pay Date:**  09/15/2010

**Memo:**  Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 0 | 0 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $27.20 | $850.20 |
| **Total** | **$27.20** | **$850.20** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $592.93 |
| **Total** | **$592.93** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Staff Bonuses | 40.00 | 17:00 | $680.00 | $2,555.00 |
| Salary | | | | $18,598.47 |
| Paid Holiday-Sala | | | | $1,026.53 |
| Personal Time O | | | | $1,625.00 |
| **Total** | | | **$680.00** | **$23,805.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$34.00 | -$1,062.75 |
| **Total** | **-$34.00** | **-$1,062.75** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | | -$284.00 |
| Social Security Employee | -$42.16 | -$1,475.91 |
| Medicare Employee | -$9.86 | -$345.17 |
| UT - Withholding | -$1.05 | -$583.70 |
| **Total** | **-$53.07** | **-$2,688.78** |

| After-Tax Adjustments | Current | YTD |
|---|---|---|
| Loans from SHM | | -$10.00 |
| **Total** | | **-$10.00** |

| Net Pay | $592.93 | $20,043.47 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111

**Security Home Mortgage LLC**
576 South State St
Orem, UT 84058

| | |
|---|---|
| **Pay Date:** | 09/22/2010 |

**HOWARD TOLLEY**
551 West Bull River Road
Lehi, UT 84043

| | |
|---|---|
| **Net Pay** | $1,042.06 |

Direct Deposit

---

HOWARD TOLLEY
551 West Bull River Road
Lehi, UT 84043

SSN :

Check:

**Status/Allow/Extra (Fed):** Married/3/0
**Status/Allow/Extra (State):** Married/3/0

**Pay Period:** 09/01/2010 - 09/15/2010    **Pay Date:** 09/22/2010

**Memo:** Direct Deposit

| Paid Time Off | Used | Available |
|---|---|---|
| Personal Time | 112:00 | -57:24 |

| Non-Taxable Company Items | Current | YTD |
|---|---|---|
| 401k Co. Match | $50.00 | $900.20 |
| **Total** | **$50.00** | **$900.20** |

| Direct Deposit | Current |
|---|---|
| Checking - *****1987 | $1,042.06 |
| **Total** | **$1,042.06** |

| Taxable Earnings | Rate | Hrs/Qty | Current | YTD |
|---|---|---|---|---|
| Salary | | 80:00 | $1,136.36 | $19,734.83 |
| Paid Holiday-Sala | | 8:00 | $113.64 | $1,140.17 |
| Staff Bonuses | | | | $2,555.00 |
| Personal Time O | | | | $1,625.00 |
| **Total** | | | **$1,250.00** | **$25,055.00** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Emp. | -$62.50 | -$1,125.25 |
| **Total** | **-$62.50** | **-$1,125.25** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Withholding | -$16.00 | -$300.00 |
| Social Security Employee | -$77.50 | -$1,553.41 |
| Medicare Employee | -$18.13 | -$363.30 |
| UT - Withholding | -$33.81 | -$617.51 |
| **Total** | **-$145.44** | **-$2,834.22** |

| After-Tax Adjustments | Current | YTD |
|---|---|---|
| Loans from SHM | | -$10.00 |
| **Total** | | **-$10.00** |

| Net Pay | $1,042.06 | $21,085.53 |
|---|---|---|

SECURITY HOME MORTGAGE LLC, 576 South State St, Orem, UT 84058 801-764-0111